BETH W. MORA, CSB NO. 208859
COOPER & MORA, A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278
E-Mail: Bmora@cooperlawoffice.com

Attorneys for PLAINTIFF MARLA MURPHY KADAI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA MURPHY KADAI,<br><br>　　　　Plaintiff,<br>v.<br><br>7-ELEVEN, INC.,<br><br>　　　　Defendants. | Case No.: 3:09 cv 03325 MHP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel, that this action, including all claims and parties, is dismissed in its entirety with prejudice. Parties agree to bear their own attorney fees and costs.

Dated: June 1, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　BETH W. MORA
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: June 1, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　ERIKA WELTER
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

6/18/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

-1-

STIPULATION FOR DISMISSAL
CASE NO.: 3:09 cv 03325 MHP